IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01347-WYD-BNB

CHRISTINA RILEY, and
JACQUELINE OVERTURF,

Plaintiffs,

v.

RUSSELL E. ROLLISON,
STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY,
GIL WALKER,
STEVE HARGETT,
GRW, a corporation,
JOHN DOES 1-25, and
JANE DOES 1-25,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Renewed Motion to Stay Proceedings Based on Eleventh Amendment Immunity From Defendant State of Hawaii Department of Public Safety** [Doc. # 15, filed 8/14/2006] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.

Dated September 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge