IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01347-WYD-BNB

CHRISTINA RILEY, and
JACQUELINE OVERTURF,

Plaintiffs,

v.

RUSSELL E. ROLLISON,
GIL WALKER,
STEVE HARGETT,
GRW, a corporation,
JOHN DOES 1-25, and
JANE DOES 1-25,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Order Permitting Deposition of Plaintiffs Christine Riley and Jacqueline Overturf as Persons Confined in Prison** [docket no. 42, filed May 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The depositions of the incarcerated plaintiffs are to be taken at the Hawaii Department of Corrections on June 6, 2007 and June 8, 2007.

DATED: May 25, 2007