IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01347-WYD-BNB

CHRISTINA RILEY and
JACQUELINE OVERTURF,

      Plaintiffs,

v.

RUSSELL E. ROLLISON;
STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY;
GIL WALKER, individually and in his capacity as Chief Executive Officer of GRW Corporation;
STEVE HARGETT, individually and in his capacity as Vice President of Operations of GRW Corporation; and
GRW, a corporation;
John Does 1-25; and
Jane Does 1-25,

      Defendants.

---

ORDER DISMISSING DEFENDANTS STATE OF HAWAII DEPARTMENT
OF PUBLIC SAFETY, GIL WALKER, STEVE HARGETT, and
GRW CORPORATION WITH PREJUDICE

---

THIS MATTER is before the Court on a Joint Stipulated Motion to Dismiss with Prejudice [# 47] filed by Plaintiffs Christina Riley and Jacqueline Overturf, as well as Defendants State of Hawaii Department of Public Safety, Gil Walker, Steve Hargett and GRW Corporation.  On review of the Motion and the file herein, it is hereby

ORDERED that the Joint Stipulated Motion to Dismiss with Prejudice [# 47] filed by Plaintiffs Christina Riley and Jacqueline Overturf, as well as Defendants State of

Hawaii Department of Public Safety, Gil Walker, Steve Hargett and GRW Corporation, is **GRANTED.**  It is

FURTHER ORDERED that this matter shall be **DISMISSED WITH PREJUDICE** with respect to the Defendants State of Hawaii Department of Public Safety, Gil Walker, Steve Hargett and GRW Corporation, each party to bear its own attorney fees and costs in their entirety.

Dated:  June 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge