IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01347-WYD-BNB

CHRISTINA RILEY and
JACQUELINE OVERTURF,

    Plaintiffs,

v.

RUSSELL E. ROLLISON;

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (docket #57), filed January 4, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (docket #57) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: January 4, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge